```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  JOHN C. WHIDDEN
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. Cr. S-04-445 MCE
                                 )
12       Plaintiff-Appellee,     )   STIPULATION AND PROPOSED ORDER
                                 )   CONTINUING APPEAL HEARING AND
13       v.                      )   BRIEFING SCHEDULE
                                 )
14  JOACHIM BENZ,                )
                                 )   Date: April 26, 2005
15       Defendant-Appellant.    )   Time: 8:30 a.m.
    _____)   Judge: Hon. Morrison C. England
16
```

17     IT IS HEREBY STIPULATED and agreed to between the United

18 States of America through SAMANTHA S. SPANGLER, Assistant United

19 States Attorney, and defendant, JOACHIM BENZ, by and through his

20 counsel, LIVIA MORALES, Staff Attorney, that the parties have

21 agreed to amend the briefing schedule in this magistrate judge

22 appeal as set forth below, and to reschedule oral argument from

23 April 26 to June 14, 2005, at 8:30 a.m.

24     Appellant's opening brief and excerpts of record were filed

25 on March 22, 2005.

26     Appellee's opposition and any supplemental excerpts may be

27 filed by Tuesday, April 26, 2005.

28 ///

1

Appellant's reply brief may be filed no later than Tuesday, May 10, 2005.

Oral argument shall be held on Tuesday, June 14, 2005, at 8:30 a.m.

The defendant is currently not in custody.

DATED:    April 12, 2005

                                McGREGOR W. SCOTT
                                United States Attorney

                              By:     /s/
                                SAMANTHA S. SPANGLER
                                Assistant U.S. Attorney

DATED:    April 12, 2005

                                QUIN DENVIR
                                Federal Defender

                              By:     /s/
                                LIVIA R. MORALES
                                Attorney for Defendant
                                JOACHIM BENZ

**ORDER**

IT IS SO ORDERED.

DATED: April 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE