```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOACHIM BENZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 04-0445-MCE |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING APPEAL |
| v. ) | HEARING AND BRIEFING SCHEDULE |
| ) | |
| JOACHIM BENZ, ) | |
| ) | Date: July 12, 2005 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, JOACHIM BENZ, by and though her counsel, LIVIA MORALES, Staff Attorney, that Appellant's reply brief due on May 10, 2005 be due on May 17, 2005 and the hearing on appeal scheduled for June 14, 2005 be rescheduled to Tuesday, July 12, 2005 at 8:30 a.m.  Defense counsel needs more time to prepare and will be out of town at a conference on

///

///

June 14, 2005 and has discussed this continuance with the defendant who is also in agreement with new scheduled date.

DATED:  May 10, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /S/ LIVIA MORALES
                                        _____
                                        LIVIA MORALES, Staff Attorney
                                        Attorney for Defendant
                                        JOACHIM BENZ

DATED: May 10, 2005

                                        McGREGOR SCOTT
                                        United States Attorney

                                        /S/ SAMANTHA SPANGLER
                                        _____
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED: May 12, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE