IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                          CR. NO. S-04-0445 MCE GGH

    vs.

JOACHIM BENZ,

        Defendant.                 <u>ORDER</u>

        The Ninth Circuit affirmed in part and reversed in part the district court's decision in this case. <u>United States v. Benz</u>, 472 F.3d 65 (9th Cir. 2006). A remand was ordered concerning a faulty plea colloquy. In accordance therewith, counsel for the parties shall appear before the undersigned, and defendant shall personally appear, for further proceedings on February 5, 2007 at 9:00 a.m. If a motion for rehearing was timely filed with the Ninth Circuit, the parties shall communicate that fact to the court, and this hearing will be rescheduled.

DATED: 1/26/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
benz.ord