IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     CR. NO. S-04-0445 MCE GGH

    vs.

JOACHIM BENZ,

        Defendant.                ORDER

_____/

        The Ninth Circuit affirmed in part and reversed in part the district court's decision in this case. <u>United States v. Benz</u>, 472 F.3d 65 (9th Cir. 2006). A remand was ordered concerning a faulty plea colloquy. In accordance therewith, counsel for the parties shall appear before the undersigned, and defendant shall personally appear, for further proceedings on April 9, 2007 at 9:00 a.m.

DATED: 2/20/07

                                                       /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
benz.ord2

1